Hanover Borough *v.* Criswell et al., Appellants.

Argued March 8, 1965. Before ERVIN, P. J., WRIGHT, WATKINS, MONTGOMERY, JACOBS, and HOFFMAN, JJ. (FLOOD, J., absent).

*Harry C. Elsesser, Jr.,* for appellants.

*Donald E. Albright,* for appellee.

OPINION PER CURIAM, March 18, 1965:
The order of the Court of Common Pleas of York County is affirmed on the opinion of President Judge ATKINS, for the court below, reported at 35 Pa. D. & C. 2d 203.